**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1035

INTERNATIONAL WASTE INDUSTRIES CORPORATION,

Plaintiff – Appellant,

v.

CAPE ENVIRONMENTAL MANAGEMENT, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Alexander Williams, Jr., District Judge.  (8:12-cv-03596-AW)

Submitted:  August 28, 2014          Decided:  September 18, 2014

Amended:  December 22, 2014

Before KEENAN and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

A. P. Pishevar, PISHEVAR & ASSOCIATES, P.C., Rockville, Maryland, for Appellant.  Maurice A. Bellan, MCGUIREWOODS LLP, Washington, D.C.; Craig R. Haughton, MCGUIREWOODS LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

International Waste Industries, Inc., appeals from the district court's order granting summary judgment in favor of Cape Environmental Management, Inc., in its action in which International Waste alleged claims for breach of contract, unjust enrichment, quantum meruit, detrimental reliance, and intentional misrepresentation. We have reviewed the record and the briefs filed by the parties, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. International Waste Indus., Inc. v. Cape Envtl. Mgmt. Inc., No. 8:12-cv-03596-AW (D. Md. Dec. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED